IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MYR GARCI, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-18-2953 |
| COAST PROFESSIONAL INC. and U.S. DEPARTMENT OF EDUCATION, | § § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 21) dated February 28, 2019, and Plaintiff's Appeal Court Action (Docket Entry No. 22), which the court construes as objections to the Memorandum and Recommendation, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 27th day of March, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE