United States District Court
Southern District of Texas
**ENTERED**
May 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MYR GARCI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2953 |
| | § | |
| COAST PROFESSIONAL INC. and | § | |
| U.S. DEPARTMENT OF EDUCATION, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The court has reviewed the Magistrate Judge's Memorandum and Recommendation, to which no objections have been filed. The court is of the opinion that the Memorandum and Recommendation should be adopted.

The Memorandum and Recommendation (Docket Entry No. 33) is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this 14th day of May, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE